UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00120

**Aaron Bernard Carter,**
*Plaintiff,*
v.
**TDCJ Prison Staff,**
*Defendants.*

# ORDER

Plaintiff, an inmate confined within the Texas Department of Criminal Justice (TDCJ) prison system, proceeding pro se, filed this civil rights proceeding pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

On July 29, 2024, the magistrate judge issued a report (Doc. 8) recommending that plaintiff's lawsuit be dismissed without prejudice for failure to comply with a court order and failure to prosecute his case. A copy of this report was sent to plaintiff at his address. Plaintiff received a copy of the report on August 8, 2024, but has not filed objections. *See* Doc. 9.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed without prejudice for failure to comply with a court order and for failure to prosecute his case. Any pending motions are denied as moot.

- 2 -

*So ordered by the court on October 9, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge